TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARVIN GARCIA and MOSES LOPEZ, <br><br> Plaintiff(s) <br> v. <br><br> STEPHEN G. DARRISON dba SGD ENTERPRISES; and SGD ENTERPRISES, INC., <br><br> Defendant(s) | Case No.: CV11-04513 PSG <br><br> **[~~PROPOSED~~ ORDER]** <br><br> **(1) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;** <br><br> **(2) CONTINUING NOVEMBER 15, 2001 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; AND** <br><br> **(3) DISMISSING INDIVIDUAL DEFENDANT STEPHEN G. DARRISON** |

Based on the Stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

(1) Defendants shall have until December 15, 2011, in which to file a response to Plaintiffs' Complaint;

(2) The Initial Case Management Conference set for November 15, 2011, shall be continued to **January 3, 2012**, with the Joint 26(f) Report to be filed with the Court by December 27, 2011; and

///

///

(3) Defendant Stephen G. Darrison shall be dismissed from this action, without prejudice.

**IT IS SO ORDERED.**

Dated: __11/7/2011__          _____
                              Hon. Paul S. Grewal
                              United States Magistrate Judge