UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN GARCIA AND MOSES LOPEZ,<br><br>               Plaintiffs,<br>     v.<br><br>STEPHEN G. DARRISON DOING BUSINESS AS SGD ENTERPRISES,<br><br>               Defendants. | Case No.: C-11-04513 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The parties have advised the court they have reached a settlement of all claims. Plaintiffs Marvin Garcia and Moses Lopez shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than January 27, 2012. If a dismissal of the action is not filed by that date, Plaintiffs shall appear on January 31, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Case No.: C 11-4513 PSG                1
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

Dated: 12/27/2011

                                    PAUL S. GREWAL
                                    United States Magistrate Judge

Case No.: C 11-4513 PSG       2
STANDBY ORDER TO SHOW CAUSE